982

No. 80–1576. PRINCETON UNIVERSITY ET AL. v. SCHMID. Appeal from Sup. Ct. N. J. Further consideration of question of jurisdiction postponed to hearing of case on the merits. JUSTICE BRENNAN took no part in the consideration or decision of this case.

No. 80–1348. FLORIDA DEPARTMENT OF STATE v. TREASURE SALVORS, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 80–1496. UNDERWRITERS NATIONAL ASSURANCE Co. v. NORTH CAROLINA LIFE & ACCIDENT & HEALTH INSURANCE GUARANTY ASSN. ET AL. Ct. App. N. C. Certiorari granted.

No. 80–1594. UNITED STATES v. ERIKA, INC. Ct. Cl. Certiorari granted.

No. 80–1429. YOUNGBERG, SUPERINTENDENT, PENNHURST STATE SCHOOL AND HOSPITAL, ET AL. v. ROMEO, AN INCOMPETENT, BY HIS MOTHER AND NEXT FRIEND, ROMEO. C. A. 3d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Motion of American Psychiatric Association for leave to file a brief as amicus curiae granted. Certiorari granted.

No. 80–5887. WHITE v. NEW HAMPSHIRE DEPARTMENT OF EMPLOYMENT SECURITY ET AL. C. A. 1st Cir. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted.

No. 79–571. ILLINOIS v. CITY OF MILWAUKEE ET AL. C. A. 7th Cir. Certiorari denied.